

**ORDERED in the Southern District of Florida on October 2, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 16-26663-BKC-AJC |
| JUAN C. MORALES and<br>MIRTHA MORALES,<br>*d/b/a* J.C. & C. ALF, LLC, | CHAPTER 11 |
| Debtor(s).<br>_____/ | |
| MERFE CONSTRUCTION CORP., | |
| Plaintiff,<br>v. | Adversary Proceeding<br>Case No. 17-1120-AJC-A |
| JUAN C. MORALES and<br>MIRTHA MORALES,<br>*d/b/a* J.C. & C. ALF, LLC, | |
| Defendants,<br>_____/ | |

**ORDER ON PLAINTIFF'S MOTION FOR FINAL SUMMARY JUDGMENT**

THIS CAUSE came before the Court for hearing on September 25, 2017 upon Plaintiff's,

Merfe Construction Corp., Motion for Final Summary Judgment, filed on August 18, 2017, seeking a judgment denying Defendants, Juan C. Morales, and Mirtha Morales, *d/b/a* J.C.& C. ALF, LLC, a discharge under 11 U.S.C. §§ 727(a) (2) (A), 727(a) (4) (A), 727(a) (5), and 727(a) (7) [D.E. 20], pursuant to its Complaint Objecting to Debtors' Discharge and to Determine Dischargeability of Debt ("the Complaint"). [D.E. 1]. In support of its motion, Plaintiff filed its Statement of Material Facts [D.E. 21], and Appendix of Exhibits. [D.E. 22]. The Defendants were duly served with the Notice of Hearing. [D.E. 25 and 26].

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court concludes that (a) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and (b) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(J). The following constitutes the Court's findings of fact and conclusions of law pursuant to Fed. R. Bankr. P. 7052.

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure as made applicable by Bankruptcy Rule 7056, the Court may award summary judgment "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed. R. Bankr. P. 7056. As the party moving for summary judgment, Plaintiff has the burden of establishing that summary judgment is appropriate. The Court finds that the Plaintiff met this burden. As a result, it was incumbent that the Defendants, as the adverse party, to go beyond the pleadings to show material facts in dispute. Fed.R.Civ.P. 56(e). Defendants did not file an opposition, or properly address Plaintiff's assertions of fact as required by Rule 56(c). Hence, Plaintiff's motion for summary judgment was unopposed. Pursuant to Rule 56(e), the Court considers the facts undisputed for purposes of the motion. The motion and supporting materials — including the facts considered undisputed — show that the Plaintiff is entitled to final summary

judgment, on all counts of its Complaint Objecting to Debtors' Discharge and to Determine Dischargeability of Debt ("the Complaint"). [D.E. 1].

Accordingly, it is

ORDERED AS FOLLOWS:

1. Plaintiff's motion for final summary judgment under 11 U.S.C. 727 (a)(2)(A), 727(a)(4)(A), 727(a)(5), and 727(a)(7), is GRANTED.

2. Defendants' discharge should be and is hereby denied pursuant to 11 U.S.C. 11 U.S.C. 727 (a)(2)(A), 727(a)(4)(A), 727(a)(5), and 727(a)(7).

3. A judgment based on this ruling will be entered contemporaneously herewith on a separate document as required by Federal Rule Bankruptcy Procedure 9021 and Federal Rule Civil Procedure 58.

IT IS SO ORDERED.

# # #

Order Prepared and Submitted by:

Michael Garcia Petit, Esq.
Law Office of Michael Garcia Petit, P.A.
14100 Palmetto Frontage Road #106
Miami Lakes, Florida 33016
Email   michael@michaelgarciapetitpa.com
Tel:    786-245-7750
Counsel for the Plaintiff

Service:

Attorney Michael Garcia Petit is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service in connection therewith.